**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 05-6787

—————————

KELVIN WATFORD,

Plaintiff - Appellant,

versus

CORRECTIONAL OFFICER HOUSE,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-04-1526-1)

—————————

Submitted: October 18, 2005          Decided: October 20, 2005

—————————

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Kelvin Watford, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kelvin Watford seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. This court may exercise jurisdiction only over a final order, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Watford seeks to appeal is neither a final order nor an appealable interlocutory or collateral order because it has been vacated by the district court on Watford's motion for reconsideration. See Watford v. House, No. CA-04-1526-1 (E.D. Va. June 1, 2005). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED